# Exhibit A

# Exhibit A-1

**11/3/2016 4:59:21 PM**
Chris Daniel - District Clerk
Harris County
Envelope No: 13613163
By: OVALLE, MONICA
Filed: 11/3/2016 4:59:21 PM

Case 4:16-cv-03665   Document 1-1   Filed in TXSD on 12/15/16   Page 1 of 61

## CIVIL CASE INFORMATION SHEET

**CAUSE NUMBER** *(FOR CLERK USE ONLY)*: _____   **COURT** *(FOR CLERK USE ONLY)*: _____

**STYLED** ____

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name:<br>J. James Cooper<br><br>Address:<br>811 Main Street, Suite 1700<br><br>City/State/Zip:<br>Houston, Texas 77002<br><br>Signature:<br>/s/ Jim  Cooper | Email:<br>jcooper@reedsmith.com<br><br>Telephone:<br>713-469-3800<br><br>Fax:<br>713-469-3899<br><br>State Bar No:<br>04780010 | Plaintiff(s)/Petitioner(s):<br><br>The Brock Group Inc<br>____<br>____<br><br>Defendant(s)/Respondent(s):<br><br>AIG Specialty Insurance Company<br>Petrin Corporation<br>Zachry Construction Corporation<br><br>[Attach additional page as necessary to list all parties] | ☒Attorney for Plaintiff/Petitioner<br>☐*Pro Se* Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: _____<br><br>Additional Parties in Child Support Case:<br><br>Custodial Parent:<br>____<br>Non-Custodial Parent:<br>____<br>Presumed Father:<br>____ |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1)*:

| *Civil* | | | *Family Law* | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br><br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☒Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract:<br>_____ | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical<br>☐Other Professional Liability: _____<br>☐Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability List Product:<br>_____<br>☐Other Injury or Damage:<br>_____ | ☐Eminent Domain/ Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property:<br><br>**Related to Criminal Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus— Pre-indictment<br>☐Other: _____ | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children<br><br>**Other Family Law**<br>☐Enforce Foreign Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities of Minority<br>☐Other: _____ | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Parent-Child Relationship**<br>☐Adoption/Adoption with Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Paternity/Parentage<br>☐Termination of Parental Rights<br>☐Other Parent-Child:<br>_____ |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment:<br>_____ | ☐Administrative Appeal<br>☐Antitrust/Unfair Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: _____ | | |
| **Tax** | *Probate & Mental Health* | | | |
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: _____ | | |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1)*:

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court | ☐ Declaratory Judgment | ☐ Prejudgment Remedy |
| ☐ Arbitration-related | ☐ Garnishment | ☐ Protective Order |
| ☐ Attachment | ☐ Interpleader | ☐ Receiver |
| ☐ Bill of Review | ☐ License | ☐ Sequestration |
| ☐ Certiorari | ☐ Mandamus | ☐ Temporary Restraining Order/Injunction |
| ☐ Class Action | ☐ Post-judgment | ☐ Turnover |

**4. Indicate damages sought (*do not select if it is a family law case*):**

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☒ Over $1,000,000

Rev 2/13

Certified Document Number: 72597913 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 14, 2016


Certified Document Number:        72597913 Total Pages:  2


Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# Exhibit A-2

11/3/2016 4:59:21 PM
Chris Daniel - District Clerk Harris County
Envelope No. 13613163
By: Monica Ovalle
Filed: 11/3/2016 4:59:21 PM

## CAUSE NO.: _____

| | | |
|---|---|---|
| THE BROCK GROUP, INC. | § | IN THE DISTRICT COURT |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | § | _____ JUDICIAL DISTRICT |
| AIG SPECIALTY INSURANCE | § | |
| COMPANY, PETRIN CORPORATION, | § | |
| and ZACHRY CONSTRUCTION | § | |
| CORPORATION | § | |
| *Defendants.* | § | HARRIS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff The Brock Group, Inc. ("Brock") files this its Original Petition against defendants AIG Specialty Insurance Company ("AIG"), Petrin Corporation ("Petrin"), and Zachry Construction Corporation ("Zachry") (collectively, the "Defendants"), and shows the following:

## DISCOVERY

1.      Plaintiff requests discovery be conducted under Level 3, pursuant to TEX. R. CIV. P. 190.4.

## PARTIES

2.      Brock is a Texas corporation maintaining its principal place of business in Houston, Texas and engaging in the business of providing industrial services to industrial facilities in Houston and the surrounding areas.

3.      AIG is an Illinois corporation maintaining its principal place of business in New York, New York and engaging in the business of providing and selling insurance, including professional liability insurance, in Texas.  AIG may be served with process through its agent, the Texas Department of Insurance, 333 Guadalupe, Austin, Texas 78701.  The Texas Department of

Certified Document Number: 72597912 - Page 1 of 9

Insurance may forward service to General Counsel, Legal Department, AIG Specialty Insurance Company, 175 Water Street, New York, New York 10038.

4.     Petrin is a Florida corporation maintaining its principal place of business in Port Allen, Louisiana and engaging in the business of providing industrial services to industrial facilities in Houston and the surrounding areas.  Petrin may be served with process on its registered agent for service of process, Corporation Service Company, 211 E 7th Street, Suite 620, Austin, Texas 78701.

5.     Zachry is a Delaware corporation maintaining its principal place of business in San Antonio, Texas and engaging in the business of providing industrial services to industrial facilities in Houston and the surrounding areas.  Zachry may be served with process on its registered agent for service of process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## JURISDICTION AND VENUE

6.     This Court has subject matter jurisdiction of this cause to grant all relief requested by Plaintiff.  The amount in controversy is within the jurisdictional limits of this Court.

7.     Venue is proper in this county pursuant to TEX. CIV. PRAC. & REM. CODE § 15.002(a)(1) because a substantial part of the events or omissions giving rise to the asserted claims occurred in Harris County, Texas, including the placement of the insurance policy at issue.

Certified Document Number: 72597912 - Page 2 of 9

## FACTS

### A.      The Scaffold Incident

8.      The Dow Chemical Company ("Dow") contracted with several industrial services firms, including Brock, Petrin and Zachry, to perform services at Dow's St. Charles Operations facility in Hahnville, Louisiana (the "Facility").

9.      Dow engaged Brock to design, engineer and provide a 248 foot scaffold in order to allow other subcontractors, including Defendants Petrin and Zachry, to perform work on the DA-110 ethylene column at the Facility.  Upon information and belief, Dow engaged Petrin to perform sand blasting services and Zachry to conduct certain mechanical services in connection with the column.

10.      By August 2014, the scaffold was assembled for use.

11.      Upon information and belief, Petrin, through its sand blasting activities on March 25, 2015 and March 26, 2015, negligently caused massive and excessive amounts of sand to accumulate and remain on various levels of the scaffolding.

12.      Upon additional information and belief, Brock later discovered that Zachry made unauthorized modifications to the scaffold without Brock's direction or consent.

13.      On March 26, 2015, an inspection revealed that the scaffold's structure was failing on two different levels of the scaffolding.  Further inspections later revealed additional structural failures (collectively, the "Incident").

14.      Brock was forced to immediately develop a recovery plan to repair and reinforce the scaffold.  On April 11, 2015, the scaffold was fully functioning and work around the column resumed.

### B.    The Dow Claim

15.     On July 22, 2015, Brock received a letter from Dow stating that, as a result of the Incident, work at the St. Charles facility was significantly delayed, leaving Dow with a total of $16 million in damages (the "Dow Claim").

16.     Receipt of the July 22, 2015 letter provided the first knowledge to Brock that Dow suffered any damages as a result of the Incident.

17.     In its letter, Dow claimed that the scaffold was improperly and defectively designed by Brock and requested reimbursement from Brock in the amount of $16 million dollars' for their cost incurred, as a result of the faulty scaffolding.

18.     On March 28, 2016, Brock settled the Dow Claim for a total of $8 million (the "Settlement").  The Settlement was not only prudent, but reasonable in light of Brock's legal liability to Dow for its Claim.

### C.    Brock's Insurance Coverage

19.     To protect itself against such claims, Brock had historically purchased professional liability insurance from Defendant AIG.

20.     Relevant here is Contractor's Professional and Pollution Liability Insurance Policy No. CPPL 4464518 that AIG issued to Brock for the policy period June 1, 2015 – June 1, 2016 (the "Policy").

21.     On November 20, 2015, Brock alerted AIG to the existence of the Dow Claim and requested coverage for the same under the Policy.

22.     The Dow Claim states a claim that falls within the professional liability coverage provided by the Policy because it is a written demand received by Brock that alleges liability or responsibility for an error or omission in rendering design and/or engineering services.

Certified Document Number: 72597912 - Page 4 of 9

23.     After acknowledging receipt of notice for the Dow Claim, on November 30, 2015, AIG requested additional information about the Claim which Brock promptly provided.

24.     On February 29, 2016, AIG denied coverage for the Dow Claim.

25.     Following this wrongful denial by AIG, as asserted earlier, Brock entered into the Settlement with Dow on March 28, 2016.

26.     Although Brock demanded that AIG reimburse Brock for the full amount of the Settlement for the Dow Claim, AIG has failed to contribute towards the Settlement.

27.     No defenses to coverage apply under the Policy, or AIG has waived all defenses to coverage under the Policy, or such defenses are the subject of estoppel.

28.     To the extent that any provision of the Policy is ambiguous, it should be construed in favor of coverage.

## CAUSES OF ACTION AND DAMAGES

### A.     Breach of Contract Against AIG

29.     The Policy is a valid and enforceable insurance contract for which all premiums have been paid.

30.     Brock has performed all of its obligations under the Policy, and any and all conditions precedent to Brock's rights under the Policy respecting the Dow Claim have been satisfied or waived.

31.     Pursuant to the terms and conditions of the Policy, AIG is contractually obligated to reimburse Brock for the full amount of the Settlement paid by Brock in connection with the Dow Claim.

32.     By failing to reimburse Brock for the Settlement payment, AIG has materially breached its insurance contract, which breach has damaged, and continues to damage, Brock.

Certified Document Number: 72597912 - Page 5 of 9

### B.      Violation of Texas Insurance Code Chapter 541 Against AIG

33.     AIG violated Texas Insurance Code Chapter 541 by failing to effect a fair and equitable payment of the Settlement when Brock's liability became reasonably clear.

34.     This violation caused Brock to suffer damages.

35.     Further, to the extent that this unlawful act and practice under Chapter 541 of the Texas Insurance Code was committed knowingly, Brock is entitled to an award of multiples damages under Texas Insurance Code Section 541.152.

### C.      Alternative Claims:  Negligence Against Defendants Petrin and Zachry

36.     AIG advised Brock that it "must do whatever is necessary to secure and effect any rights of indemnity, contribution or apportionment that the Insured may have."

37.     In compliance with AIG's instructions, Brock seeks, in the alternative and to the extent the Incident resulted from excessive sand accumulation on and/or unauthorized modifications to the scaffold, to hold Defendants Petrin and Zachry responsible for the Incident.

38.     Petrin and Zachry owed Brock a duty to act with reasonable care, so as not to create an unreasonably dangerous condition on and/or with respect to the scaffold, the property of another.

39.     Petrin breached its duty of reasonable care by allowing excessive amounts of sand to accumulate on the scaffold, failing to properly remove all sand and failing to warn Brock and others of the dangerous condition created by the sand.  The excess sand on the scaffold, either alone or in concert with Zachry's unauthorized modifications to the scaffold, caused the Incident.

40.     Zachry breached its duty of reasonable care by modifying certain aspects of the scaffold without permission and this modification weakened the scaffold's structure.  The unauthorized modifications, either alone or in concert with the added weight of the sand deposited by Petrin, caused the Incident.

Certified Document Number: 72597912 - Page 6 of 9

41.    The hazard created by excessive amounts of sand and/or modifications to the scaffold were foreseeable and caused damage to Brock.

### D.    Alternative Claims:  Contribution and Indemnity Claim Against Petrin and Zachry

42.    Alternatively, Brock is entitled to indemnity, contribution, and/or set off from Defendants Petrin and Zachry whose fault caused or contributed to Brock's liability and its Settlement payment to Dow, for which recovery is sought, and Brock is further entitled to liability protection to the full extent permitted under the applicable law.

### E.    Damages

43.    Defendants' wrongful conduct as described above is a direct, proximate, and/or producing cause of Brock's actual, general, economic, special, consequential, direct and indirect damages.

### F.    Attorney's Fees

44.    Brock was forced to retain the undersigned attorneys to pursue this action. Therefore, pursuant to TEX. CIV. PRAC. & REM. CODE § 38.001 and Tex. Ins. Code § 541.152, all of Brock's reasonable and necessary attorneys' fees may be recovered-through trial, appeal, and Supreme Court review.

### JURY DEMAND

45.    Brock demands a jury trial and hereby tenders the proper fee.

### PRAYER

THEREFORE, Brock requests that:

a)  AIG, Petrin, and Zachry answer these claims;

b)  Judgment be entered against AIG for:

1. All actual, general, economic, special, consequential, direct and indirect damages suffered by Brock;

2. Multiple Damages if AIG knowingly committed unlawful acts and practices under the Texas Insurance Code;

3. Prejudgment and post-judgment interest at the maximum allowable rate;

4. Reasonable and necessary attorney's fees and expenses incurred in this litigation;

5. All costs in prosecuting this litigation; and

6. Any additional relief, legal and equitable, general or special, to which Brock may be justly or equitable entitled.

c)   In the alternative, judgment be entered against Petrin and Zachry for:

1. All actual, general, economic, special, consequential, direct and indirect damages suffered by Brock;

2. Prejudgment and post-judgment interest at the maximum allowable rate; and

3. All costs in prosecuting this litigation.

Respectfully submitted,

**REED SMITH LLP**

By: _____

J. James Cooper
T.X. I.D. No. 04780010
REED SMITH LLP
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone: 713.469.3800
Facsimile: 713.469.3899
jcooper@reedsmith.com

*Lead Attorney for Plaintiff,*
*The Brock Group, Inc.*

OF COUNSEL:

REED SMITH LLP
Caitlin R. Garber (*pro hac vice forthcoming*)
Pa. I.D. No. 311321
cgarber@reedsmith.com
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: 215.851.8100
Facsimile: 215.851.1420

Certified Document Number: 72597912 - Page 9 of 9



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 14, 2016

Certified Document Number:        72597912 Total Pages:  9

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# Exhibit A-3

11/4/2016 4:21:54 PM
Chris Daniel - District Clerk Harris County
Envelope No. 13638585
By: Shanelle Taylor
Filed: 11/4/2016 10:33:57 AM

# CIVIL PROCESS REQUEST FORM

**FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING**
**FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

**CASE NUMBER:** 2016-76472 _____ **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): PLAINTIFF'S ORIGINAL PETITON _____

**FILE DATE OF MOTION:** NOVEMBER 3, 2016 _____
                          Month/      Day/      Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1. NAME: ZACHRY CONSTRUCTION CORPORATION _____

   ADDRESS: 1999 Bryan Street, Suite 900, Dallas, Texas 75201 _____

   AGENT, (*if applicable*): CT Corporation System, _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): CITATION _____

   **SERVICE BY** (*check one*):
   ☐ **ATTORNEY PICK-UP**               ☐ **CONSTABLE**
   ☒ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: Box 46 Liberty Lit Support   Phone: 281-200-5310 __
   ☐ **MAIL**                           ☐ **CERTIFIED MAIL**
   ☐ **PUBLICATION:**
      Type of Publication: ☐ **COURTHOUSE DOOR, or**
                           ☐ **NEWSPAPER OF YOUR CHOICE:** _____
   ☐ **OTHER,** *explain* _____

### ATTENTION: Effective June1, 2010

**For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage for mail back. Thanks you,**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2. NAME: PETRIN CORPORATION _____

   ADDRESS: 211 E 7th Street, Suite 620, Austin, Texas 78701 _____

   AGENT, (*if applicable*): Corporation Service Company _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

   **SERVICE BY** (*check one*):
   ☐ **ATTORNEY PICK-UP**               ☐ **CONSTABLE**
   ☒ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: Liberty Lit Support _____ Phone: 281-200-5310 ___
   ☐ **MAIL**                           ☐ **CERTIFIED MAIL**
   ☐ **PUBLICATION:**
      Type of Publication: ☐ **COURTHOUSE DOOR, or**
                           ☐ **NEWSPAPER OF YOUR CHOICE:** _____
   ☐ **OTHER,** *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: J. James Cooper _____   TEXAS BAR NO./ID NO. 04780010 _____

MAILING ADDRESS: 811 Main Street, Suite 1700 _____

PHONE NUMBER: 713 _____   713-469-3800 _____   FAX NUMBER: 713 _____   713-469-3899 _____
              area code   phone number                         area code   fax number

EMAIL ADDRESS: jcooper@reedsmith.com _____

S:\FormsLib\Civil Bureau\Civ Fam Intake & Customer Svc\Civintake\Civil Process Request Form                    Rev. 5/7/10

Certified Document Number: 72611796 - Page 1 of 3

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

3.   NAME: <u>AIG SPECIALTY INSURANCE</u>

ADDRESS: <u>333 Guadalupe, Austin, Texas 78701</u>

AGENT, (*if applicable*): <u>Texas Department of Insurance,</u>

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): <u>CITATION</u>

**SERVICE BY** (*check one*):

☐ **ATTORNEY PICK-UP**                    ☐ **CONSTABLE**

☒ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: <u>Liberty Lit Support</u>        Phone: <u>281-200-5310</u>

☐ **MAIL**                    ☐ **CERTIFIED MAIL**

☐ **PUBLICATION:**

    Type of Publication:    ☐ **COURTHOUSE DOOR,  or**

        ☐ **NEWSPAPER OF YOUR CHOICE:** _____

☐ **OTHER**, *explain* _____

**ATTENTION:  Effective June1, 2010**

**For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage for mail back.  Thanks you,**

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: <u>J. James Cooper</u>                    TEXAS BAR NO./ID NO. <u>04780010</u>

MAILING ADDRESS: <u>811 Main Street, Suite 1700</u>

PHONE NUMBER: <u>713</u>        <u>713-469-3800</u>            FAX NUMBER: <u>713</u>        <u>713-469-3899</u>

       area code            phone  number                                     area code         fax  number

EMAIL ADDRESS: <u>jcooper@reedsmith.com</u>

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE.

SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

Certified Document Number: 72611796 - Page 2 of 3

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

**ORIGINAL PETITION**
_____   AMENDED PETITION
_____   SUPPLEMENTAL PETITION

COUNTERCLAIM
_____   AMENDED COUNTERCLAIM
_____   SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____   AMENDED CROSS-ACTION
_____   SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____   AMENDED THIRD-PARTY PETITION
_____   SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____   AMENDED INTERVENTION
_____   SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____   AMENDED INTERPLEADER
_____   SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
ORDER TO:   _____
                          (specify)

MOTION TO:   _____
                             (specify)

PROCESS TYPES:

NON WRIT:
**CITATION**
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

Certified Document Number: 72611796 - Page 3 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 14, 2016

Certified Document Number:        72611796 Total Pages:  3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# Exhibit A-4

CONFIRMED FILE DATE: 11/10/2016



# CHRIS DANIEL
### HARRIS COUNTY DISTRICT CLERK



ENTERED
VERIFIED

## Civil Process Pick-Up Form

### CAUSE NUMBER: 16-716472

ATY____     CIV X     COURT 80

| REQUESTING ATTORNEY/FIRM NOTIFICATION |
|---|
| *ATTORNEY: Cooper J. James     PH: 713-469-3877 |
| *CIVIL PROCESS SERVER: Box 46 |
| *PH: |
| *PERSON NOTIFIED SVC READY: |
| * NOTIFIED BY: |
| DATE: |

| | |
|---|---|
| Type of Service Document:_____ | Tracking Number 73639595 |
| Type of Service Document:_____ | Tracking Number 9581 |
| Type of Service Document: Out | Tracking Number 9573 |
| Type of Service Document:_____ | Tracking Number |
| Type of Service Document:_____ | Tracking Number |
| Type of Service Document:_____ | Tracking Number |
| Type of Service Document:_____ | Tracking Number |

**Process papers prepared by: Shanelle Taylor**

Date: 11/10 2016     30 days waiting 12-10-16

| |
|---|
| *Process papers released to: Kim Lawson |
| (PRINT NAME) |
| 281-000-0510     Kim Lawson |
| *(CONTACT NUMBER)     (SIGNATURE) |
| *Process papers released by: Brianna Denman |
| (PRINT NAME) |
| (SIGNATURE) |
| * Date: Nov 10, 2016   Time: 1:04   AM / PM |

Certified Document Number: 72696120 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   <u>December 14, 2016</u>

Certified Document Number:        <u>72696120 Total Pages:  1</u>

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# Exhibit A-5



# CHRIS DANIEL
### HARRIS COUNTY DISTRICT CLERK ENTERED
### VERIFIED

## Civil Process Pick-Up Form

**CAUSE NUMBER:** 2016-76472

ATY _____  CIV X  COURT 80

| REQUESTING ATTORNEY/FIRM NOTIFICATION |
|---|
| *ATTORNEY: Cooper, J James   * PH: 713-469-3879 |
| *CIVIL PROCESS SERVER: Bus 46- Liberty Lit Support |
| *PH: 281-200-5370 |
| *PERSON NOTIFIED SVC READY: _____ |
| * NOTIFIED BY: CwC |
| *DATE: 11-11-16 |

Type of Service Document: Cit          Tracking Number 7331 0119
Type of Service Document: _____        Tracking Number _____
Type of Service Document: Cit          Tracking Number 7 330118
Type of Service Document: _____        Tracking Number _____
Type of Service Document: Discovery Cit  Tracking Number 7 3310123
Type of Service Document: _____        Tracking Number _____
Type of Service Document: _____        Tracking Number _____

Process papers prepared by: **Wanda Chambers**

Date: 11-11-16    2016    30 days waiting 12 - 11 - 16

| *Process papers released to: Dee Carey |
|---|
| (PRINT NAME) |
| 713-229-5858   Dee Carey |
| *(CONTACT NUMBER)   (SIGNATURE) |
| *Process papers released by: |
| (PRINT NAME) |
| (SIGNATURE) |
| * Date: Nov. 28 , 2016  Time: 11:29  AM PM |


Certified Document Number: 72893182 - Page 1 of 1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 14, 2016

Certified Document Number:       72893182 Total Pages:  1

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# Exhibit A-6

11/22/2016 3:00:44 PM
Chris Daniel - District Clerk Harris County
Envelope No. 13934136
By: Shanelle Taylor
Filed: 11/22/2016 3:00:44 PM

# CIVIL PROCESS REQUEST FORM

**FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING**
**FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED**

**CASE NUMBER:** 2016-76472 _____     **CURRENT COURT:** 80th _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): PLAINTIFF'S FIRST AMENDED PETITION _____

**FILE DATE OF MOTION:** NOVEMBER 22, 2016 _____

Month/      Day/      Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1. NAME: ZACHRY INDUSTRIAL, INC. _____

   ADDRESS: 1999 BRYAN STREET, SUITE 900, DALLAS , TEXAS 75201 _____

   AGENT, (*if applicable*): CT Corporation System _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): CITATION _____

**SERVICE BY** (*check one*):

☐ **ATTORNEY PICK-UP**          ☐ **CONSTABLE**
☒ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: Box 46 Liberty Lit Support   Phone: 281-200-5310
☐ **MAIL**          ☐ **CERTIFIED MAIL**
☐ **PUBLICATION:**
     Type of Publication:      ☐ **COURTHOUSE DOOR, or**
                      ☐ **NEWSPAPER OF YOUR CHOICE:** _____
☐ **OTHER,** *explain* _____

**ATTENTION: Effective June1, 2010**

**For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage for mail back. Thanks you,**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2. NAME: _____

   ADDRESS: _____

   AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

**SERVICE BY** (*check one*):

☐ **ATTORNEY PICK-UP**          ☐ **CONSTABLE**
☐ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
☐ **MAIL**          ☐ **CERTIFIED MAIL**
☐ **PUBLICATION:**
     Type of Publication:      ☐ **COURTHOUSE DOOR, or**
                       ☐ **NEWSPAPER OF YOUR CHOICE:** _____
☐ **OTHER,** *explain* _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: J. James Cooper _____          TEXAS BAR NO./ID NO. 04780010

MAILING ADDRESS: 811 Main Street, Suite 1700 _____

PHONE NUMBER: 713 ___ 469-3800 ___          FAX NUMBER: 713 ___ 469-3899 ___

     area code       phone number                       area code     fax number

EMAIL ADDRESS: _____

Certified Document Number: 72839478 - Page 1 of 2

S:\FormsLib\Civil Bureau\Civ Fam Intake & Customer Svc\Civintake\Civil Process Request Form          Rev. 5/7/10

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE.

SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:                                          PROCESS TYPES:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION                                                  NON WRIT:
1st         AMENDED PETITION                                       CITATION
_____      SUPPLEMENTAL PETITION                                  ALIAS CITATION
                                                                   PLURIES CITATION
                                                                   SECRETARY OF STATE CITATION
COUNTERCLAIM                                                       COMMISSIONER OF INSURANCE
_____      AMENDED COUNTERCLAIM                                   HIGHWAY COMMISSIONER
_____      SUPPLEMENTAL COUNTERCLAIM                              CITATION BY PUBLICATION
                                                                   NOTICE
                                                                   SHORT FORM NOTICE
CROSS-ACTION:
_____      AMENDED CROSS-ACTION                                   PRECEPT (SHOW CAUSE)
_____      SUPPLEMENTAL CROSS-ACTION                              RULE 106 SERVICE

THIRD-PARTY PETITION:                                              SUBPOENA
_____      AMENDED THIRD-PARTY PETITION
_____      SUPPLEMENTAL THIRD-PARTY PETITION                      WRITS:
                                                                   ATTACHMENT (PROPERTY)
INTERVENTION:                                                      ATACHMENT (WITNESS)
_____      AMENDED INTERVENTION                                   ATTACHMENT (PERSON)
_____      SUPPLEMENTAL INTERVENTION

INTERPLEADER                                                       CERTIORARI
_____      AMENDED INTERPLEADER
_____      SUPPLEMENTAL INTERPLEADER                              EXECUTION
                                                                   EXECUTION AND ORDER OF SALE

                                                                   GARNISHMENT BEFORE JUDGMENT
INJUNCTION                                                         GARNISHMENT AFTER JUDGMENT

MOTION TO MODIFY                                                   HABEAS CORPUS

SHOW CAUSE ORDER                                                   INJUNCTION
                                                                   TEMPORARY RESTRAINING ORDER
TEMPORARY RESTRAINING ORDER

                                                                   PROTECTIVE ORDER (FAMILY CODE)
                                                                   PROTECTIVE ORDER (CIVIL CODE)

BILL OF DISCOVERY:
                                                                   POSSESSION (PERSON)
    ORDER TO:  _____                    POSSESSION (PROPERTY)
                        (specify)

    MOTION TO:  _____
                        (specify)
                                                                   SCIRE FACIAS
                                                                   SEQUESTRATION
                                                                   SUPERSEDEAS

S:\FormsLib\Civil Bureau\Civ Fam Intake & Customer Svc\Civintake\Civil Process Request Form                    Rev. 5/7/10

Certified Document Number: 72839478 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 14, 2016

Certified Document Number:        72839478 Total Pages:  2

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# Exhibit A-7

11/22/2016 10:33:24 AM
Chris Daniel - District Clerk Harris County
Envelope No. 13922520
By: Justin Fitzgerald
Filed: 11/22/2016 10:33:24 AM

CAUSE NO. 2016-76472

| | | |
|---|---|---|
| THE BROCK GROUP, INC., | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | HARRIS COUNTY, TEXAS |
| AIG SPECIALTY INSURANCE, | § | |
| COMPANY, PETRIN CORPORATION | § | |
| AND ZACHRY INDUSTRIAL, INC. | § | |
| | § | |
| Defendant. | § | |
| | § | 80th JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST AMENDED PETITION

Plaintiff The Brock Group, Inc. ("Brock") files this its First Amended Petition against defendants AIG Specialty Insurance Company ("AIG"), Petrin Corporation ("Petrin"), and Zachry Industrial, Inc. ("Zachry") (collectively, the "Defendants"), and shows the following:

## DISCOVERY

1.      Plaintiff requests discovery be conducted under Level 3, pursuant to TEX. R. CIV. P. 190.4.

## PARTIES

2.      Brock is a Texas corporation maintaining its principal place of business in Houston, Texas and engaging in the business of providing industrial services to industrial facilities in Houston and the surrounding areas.

3.      AIG is an Illinois corporation maintaining its principal place of business in New York, New York and engaging in the business of providing and selling insurance, including professional liability insurance, in Texas. AIG may be served with process through its agent, the Texas Department of Insurance, 333 Guadalupe, Austin, Texas 78701. The Texas Department of

Certified Document Number: 72827958 - Page 1 of 9

Insurance may forward service to General Counsel, Legal Department, AIG Specialty Insurance Company, 175 Water Street, New York, New York 10038.

4.     Petrin is a Florida corporation maintaining its principal place of business in Port Allen, Louisiana and engaging in the business of providing industrial services to industrial facilities in Houston and the surrounding areas.  Petrin may be served with process on its registered agent for service of process, Corporation Service Company, 211 E 7th Street, Suite 620, Austin, Texas 78701.

5.     Zachry is a Delaware corporation maintaining its principal place of business in San Antonio, Texas and engaging in the business of providing industrial services to industrial facilities in Houston and the surrounding areas.  Zachry may be served with process on its registered agent for service of process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## JURISDICTION AND VENUE

6.     This Court has subject matter jurisdiction of this cause to grant all relief requested by Plaintiff.  The amount in controversy is within the jurisdictional limits of this Court.

7.     Venue is proper in this county pursuant to TEX. CIV. PRAC. & REM. CODE § 15.002(a)(1) because a substantial part of the events or omissions giving rise to the asserted claims occurred in Harris County, Texas, including the placement of the insurance policy at issue.

Certified Document Number: 72827958 - Page 2 of 9

## FACTS

### A.  The Scaffold Incident

8.     The Dow Chemical Company ("Dow") contracted with several industrial services firms, including Brock, Petrin and Zachry, to perform services at Dow's St. Charles Operations facility in Hahnville, Louisiana (the "Facility").

9.     Dow engaged Brock to design, engineer and provide a 248 foot scaffold in order to allow other subcontractors, including Defendants Petrin and Zachry, to perform work on the DA-110 ethylene column at the Facility.  Upon information and belief, Dow engaged Petrin to perform sand blasting services and Zachry to conduct certain mechanical services in connection with the column.

10.     By August 2014, the scaffold was assembled for use.

11.     Upon information and belief, Petrin, through its sand blasting activities on March 25, 2015 and March 26, 2015, negligently caused massive and excessive amounts of sand to accumulate and remain on various levels of the scaffolding.

12.     Upon additional information and belief, Brock later discovered that Zachry made unauthorized modifications to the scaffold without Brock's direction or consent.

13.     On March 26, 2015, an inspection revealed that the scaffold's structure was failing on two different levels of the scaffolding.  Further inspections later revealed additional structural failures (collectively, the "Incident").

14.     Brock was forced to immediately develop a recovery plan to repair and reinforce the scaffold.  On April 11, 2015, the scaffold was fully functioning and work around the column resumed.

### B.     The Dow Claim

15.     On July 22, 2015, Brock received a letter from Dow stating that, as a result of the Incident, work at the St. Charles facility was significantly delayed, leaving Dow with a total of $16 million in damages (the "Dow Claim").

16.     Receipt of the July 22, 2015 letter provided the first knowledge to Brock that Dow suffered any damages as a result of the Incident.

17.     In its letter, Dow claimed that the scaffold was improperly and defectively designed by Brock and requested reimbursement from Brock in the amount of $16 million dollars' for their cost incurred, as a result of the faulty scaffolding.

18.     On March 28, 2016, Brock settled the Dow Claim for a total of $8 million (the "Settlement").  The Settlement was not only prudent, but reasonable in light of Brock's legal liability to Dow for its Claim.

### C.     Brock's Insurance Coverage

19.     To protect itself against such claims, Brock had historically purchased professional liability insurance from Defendant AIG.

20.     Relevant here is Contractor's Professional and Pollution Liability Insurance Policy No. CPPL 4464518 that AIG issued to Brock for the policy period June 1, 2015 – June 1, 2016 (the "Policy").

21.     On November 20, 2015, Brock alerted AIG to the existence of the Dow Claim and requested coverage for the same under the Policy.

22.     The Dow Claim states a claim that falls within the professional liability coverage provided by the Policy because it is a written demand received by Brock that alleges liability or responsibility for an error or omission in rendering design and/or engineering services.

Certified Document Number: 72827958 - Page 4 of 9

23.    After acknowledging receipt of notice for the Dow Claim, on November 30, 2015, AIG requested additional information about the Claim which Brock promptly provided.

24.    On February 29, 2016, AIG denied coverage for the Dow Claim.

25.    Following this wrongful denial by AIG, as asserted earlier, Brock entered into the Settlement with Dow on March 28, 2016.

26.    Although Brock demanded that AIG reimburse Brock for the full amount of the Settlement for the Dow Claim, AIG has failed to contribute towards the Settlement.

27.    No defenses to coverage apply under the Policy, or AIG has waived all defenses to coverage under the Policy, or such defenses are the subject of estoppel.

28.    To the extent that any provision of the Policy is ambiguous, it should be construed in favor of coverage.

## CAUSES OF ACTION AND DAMAGES

### A.    Breach of Contract Against AIG

29.    The Policy is a valid and enforceable insurance contract for which all premiums have been paid.

30.    Brock has performed all of its obligations under the Policy, and any and all conditions precedent to Brock's rights under the Policy respecting the Dow Claim have been satisfied or waived.

31.    Pursuant to the terms and conditions of the Policy, AIG is contractually obligated to reimburse Brock for the full amount of the Settlement paid by Brock in connection with the Dow Claim.

32.    By failing to reimburse Brock for the Settlement payment, AIG has materially breached its insurance contract, which breach has damaged, and continues to damage, Brock.

Certified Document Number: 72827958 - Page 5 of 9

### B.     Violation of Texas Insurance Code Chapter 541 Against AIG

33.     AIG violated Texas Insurance Code Chapter 541 by failing to effect a fair and equitable payment of the Settlement when Brock's liability became reasonably clear.

34.     This violation caused Brock to suffer damages.

35.     Further, to the extent that this unlawful act and practice under Chapter 541 of the Texas Insurance Code was committed knowingly, Brock is entitled to an award of multiples damages under Texas Insurance Code Section 541.152.

### C.     Alternative Claims:  Negligence Against Defendants Petrin and Zachry

36.     AIG advised Brock that it "must do whatever is necessary to secure and effect any rights of indemnity, contribution or apportionment that the Insured may have."

37.     In compliance with AIG's instructions, Brock seeks, in the alternative and to the extent the Incident resulted from excessive sand accumulation on and/or unauthorized modifications to the scaffold, to hold Defendants Petrin and Zachry responsible for the Incident.

38.     Petrin and Zachry owed Brock a duty to act with reasonable care, so as not to create an unreasonably dangerous condition on and/or with respect to the scaffold, the property of another.

39.     Petrin breached its duty of reasonable care by allowing excessive amounts of sand to accumulate on the scaffold, failing to properly remove all sand and failing to warn Brock and others of the dangerous condition created by the sand.  The excess sand on the scaffold, either alone or in concert with Zachry's unauthorized modifications to the scaffold, caused the Incident.

40.     Zachry breached its duty of reasonable care by modifying certain aspects of the scaffold without permission and this modification weakened the scaffold's structure.  The unauthorized modifications, either alone or in concert with the added weight of the sand deposited by Petrin, caused the Incident.

Certified Document Number: 72827958 - Page 6 of 9

41.   The hazard created by excessive amounts of sand and/or modifications to the scaffold were foreseeable and caused damage to Brock.

### D.   Alternative Claims:  Contribution and Indemnity Claim Against Petrin and Zachry

42.   Alternatively, Brock is entitled to indemnity, contribution, and/or set off from Defendants Petrin and Zachry whose fault caused or contributed to Brock's liability and its Settlement payment to Dow, for which recovery is sought, and Brock is further entitled to liability protection to the full extent permitted under the applicable law.

### E.   Damages

43.   Defendants' wrongful conduct as described above is a direct, proximate, and/or producing cause of Brock's actual, general, economic, special, consequential, direct and indirect damages.

### F.   Attorney's Fees

44.   Brock was forced to retain the undersigned attorneys to pursue this action. Therefore, pursuant to TEX. CIV. PRAC. & REM. CODE § 38.001 and Tex. Ins. Code § 541.152, all of Brock's reasonable and necessary attorneys' fees may be recovered-through trial, appeal, and Supreme Court review.

### JURY DEMAND

45.   Brock demands a jury trial and hereby tenders the proper fee.

### PRAYER

THEREFORE, Brock requests that:

a)  AIG, Petrin, and Zachry answer these claims;

b)  Judgment be entered against AIG for:

1. All actual, general, economic, special, consequential, direct and indirect damages suffered by Brock;

2. Multiple Damages if AIG knowingly committed unlawful acts and practices under the Texas Insurance Code;

3. Prejudgment and post-judgment interest at the maximum allowable rate;

4. Reasonable and necessary attorney's fees and expenses incurred in this litigation;

5. All costs in prosecuting this litigation; and

6. Any additional relief, legal and equitable, general or special, to which Brock may be justly or equitable entitled.

c)   In the alternative, judgment be entered against Petrin and Zachry for:

1. All actual, general, economic, special, consequential, direct and indirect damages suffered by Brock;

2. Prejudgment and post-judgment interest at the maximum allowable rate; and

3. All costs in prosecuting this litigation.

Respectfully submitted,

**REED SMITH LLP**

By: _____

J. James Cooper
T.X. I.D. No. 04780010
REED SMITH LLP
811 Main Street
Suite 1700
Houston, Texas 77002
Telephone: 713.469.3800
Facsimile: 713.469.3899
jcooper@reedsmith.com

*Lead Attorney for Plaintiff,*
*The Brock Group, Inc.*

Certified Document Number: 72827958 - Page 8 of 9

- 8 -

OF COUNSEL:

REED SMITH LLP
Caitlin R. Garber (*pro hac vice forthcoming*)
Pa. I.D. No. 311321
cgarber@reedsmith.com
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: 215.851.8100
Facsimile: 215.851.1420



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 14, 2016

Certified Document Number:      72827958 Total Pages:  9

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# Exhibit A-8

11/30/2016 4:03:50 PM
Chris Daniel - District Clerk Harris County
Envelope No. 14034154
By: Justin Fitzgerald
Filed: 11/30/2016 4:03:50 PM

## AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Harris**                    **80th Judicial District Court**

Case Number: 201676472

Plaintiff:
**THE BROCK GROUP**

vs.

Defendant:
**AIG SPECIALTY INSURANCE COMPANY**

For:
J. James Cooper
811 Main Street
Suite 1700
Houston, TX 77002

Received by Liberty Litigation Support on the 14th day of November, 2016 at 10:00 am to be served on **AIG Specialty Insurance Company c/o Texas Department of Insurance, 333 Guadalupe, Austin, TX 78701.**

I, Pat Young, being duly sworn, depose and say that on the **16th day of November, 2016** at **12:30 pm**, I:

Executed service by delivering a true copy of the **Citation, Plaintiffs Original Petition** , to: **Franchetta Alexander, of Texas Department of Insurance** as **Authorized Agent** at the address of: **333 Guadalupe, Austin, TX 78701**, who is authorized to accept service for **AIG Specialty Insurance Company**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 17th day of
November, 2016 by the affiant who is personally known
to me.

_Pat Young_

**Pat Young**
SCH-5863  Exp-9/30/2018

NOTARY PUBLIC

**Liberty Litigation Support**
7171 Highway 6
#250
**Houston, TX 77095**
**(832) 427-5460**

Our Job Serial Number: ONT-2016003535
Ref: BROCK GROUP/AIG SPECIALTY

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1i

Certified Document Number: 72909606 - Page 1 of 1





I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 14, 2016

Certified Document Number:        72909606 Total Pages:  1

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# Exhibit A-9

11/30/2016 4:17:00 PM
Chris Daniel - District Clerk Harris County
Envelope No. 14034659
By: ALEX CASARES
Filed: 11/30/2016 4:17:00 PM

## AFFIDAVIT OF SERVICE

State of Texas           County of Harris           80th Judicial District Court

Case Number: 201676472

Plaintiff:
**THE BROCK GROUP**

vs.

Defendant:
**AIG SPECIALTY INSURANCE COMPANY**

For:
J. James Cooper
811 Main Street
Suite 1700
Houston, TX 77002

Received by Liberty Litigation Support on the 14th day of November, 2016 at 10:00 am to be served on **Petrin Corporation c/o Corporation Service Company, registered agent, 211 East 7th Street, Suite 620, Austin, TX 78701**.

I, Pat Young, being duly sworn, depose and say that on the **16th day of November, 2016** at **12:45 pm, I:**

Executed service by delivering a true copy of the **Citation, Plaintiffs Original Petition** , to: **Sue Vertrees, of Corporation Service Company** as **Authorized Agent** at the address of: **211 East 7th Street, Suite 620, Austin, TX 78701**, who is authorized to accept service for **Petrin Corporation**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 17th day of November, 2016 by the affiant who is personally known to me.

NOTARY PUBLIC

Pat Young
SCH-5863  Exp-9/30/2018

Liberty Litigation Support
7171 Highway 6
#250
Houston, TX 77095
(832) 427-5460

Our Job Serial Number: ONT-2016003536
Ref: BROCK GROUP/AIG SPECIALTY

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1i

Certified Document Number: 72910014 - Page 1 of 1





I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 14, 2016


Certified Document Number:        72910014 Total Pages:  1


Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS


**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# Exhibit A-10



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK



ENTERED
VERIFIED

## Civil Process Pick-Up Form

**CAUSE NUMBER:** 16 -76472

**ATY___**       **CIV ✓**   **COURT** 80

| REQUESTING ATTORNEY/FIRM NOTIFICATION |
|---|
| *ATTORNEY: Cooper, J.            PH: 713-469-3879 |
| *CIVIL PROCESS SERVER: Liberty Lt =7 Box 46 |
| *PH: 28-200-5310 |
| *PERSON NOTIFIED SVC READY: |
| * NOTIFIED BY: |
| DATE: |

Type of Service Document:_____     Tracking Number 73317977
Type of Service Document:_____     Tracking Number _____
Type of Service Document:_____     Tracking Number _____
Type of Service Document:___C.t_____     Tracking Number _____
Type of Service Document:_____     Tracking Number _____
Type of Service Document:_____     Tracking Number _____
Type of Service Document:_____     Tracking Number _____

**Process papers prepared by: Shanelle Taylor**

**Date:** 12-6 _____ **2016**   **30 days waiting** 1 - 6 - 17

| |
|---|
| *Process papers released to: Kim Lawson |
| (PRINT NAME) |
| 281 200 OOOO 5310 |
| *(CONTACT NUMBER)   Kim Lawson  (SIGNATURE) |
| *Process papers released by: Mitchell |
| (PRINT NAME) |
| (SIGNATURE) |
| * Date: 12-8 , 2016   Time: 2:00  AM / PM |

### RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Revised 12-15-2014

Certified Document Number: 73073305 - Page 1 of 1





I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 14, 2016

Certified Document Number:        73073305 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

# Exhibit A-11

12/9/2016 11:12:25 AM
Chris Daniel - District Clerk Harris County
Envelope No. 14199531
By: Shanelle Taylor
Filed: 12/9/2016 11:12:25 AM

Cause No. 2016-76472

| | | |
|---|---|---|
| THE BROCK GROUP, INC., | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| AIG SPECIALTY INSURANCE | § | |
| COMPANY, PETRIN CORPORATION | § | |
| AND ZACHARY INDUSTRIAL, INC., | § | 80TH JUDICIAL DISTRICT |
| *Defendants.* | § | |

## DEFENDANT AIG SPECIALTY INSURANCE COMPANY'S ORIGINAL ANSWER TO PLAINTIFF'S FIRST AMENDED PETITION

1.     Now comes Defendant AIG Specialty Insurance Company (hereinafter "ASIC"), and files its Original Answer to Plaintiff's First Amended Petition.

### GENERAL DENIAL

2.     Pursuant to Rule 92 of the Texas Rules of Civil Procedure, ASIC denies each and every allegation contained in Plaintiff's First Amended Petition, and demands strict proof as required by law.

### AFFIRMATIVE DEFENSES

3.     The Policy ASIC issued includes two coverage parts: Coverage A – Professional Liability and Coverage B – Contractor's Pollution Liability. The underlying claim asserted by Dow against The Brock Group, Inc. ("Brock") does not involve pollution. Accordingly, no coverage is available under Coverage B.

4.     The insuring language of Coverage A provides that ASIC will pay on behalf of Brock, Loss that Brock is legally obligated to pay as a result of Claims first made against Brock and reported to ASIC during the Policy Period for Breach of

Certified Document Number: 7303823 - Page 1 of 6

Professional Duty. However, Exclusion V. precludes coverage for any Claim based upon or arising out any Breach of Professional Duty prior to the inception date of the Policy, if Brock knew or reasonably could have foreseen that such Breach of Professional Duty could give rise to a Claim under this Policy. Because prior to the June 1, 2015, Policy inception date Brock knew or reasonably could have foreseen that the Breach of Professional Duty alleged by Dow could give rise to a Claim under the Policy, the Claim is excluded from coverage by Exclusion V.

5.     Coverage is also precluded for misrepresentation in the application pursuant to Policy Condition C., because when Brock submitted its application for the Policy on June 1, 2015, it did not disclose the events of March 26 and 28, 2015 when asked in the application to describe "any fact, circumstance or situation which could result in a claim being made against you or any other person or entity for whom coverage is being sought."

6.     Pursuant to the Insuring Agreement of Coverage A, there is no coverage for any Claim that is not for Breach of Professional Duty, i.e., an error or omission in the provision or non-provision of Professional Services, as those terms are defined in the Policy. The only Professional Services involved appear to have been the scaffold design prepared by Scaffold Engineering, Inc., and Brock disputed Dow's claim that the events of March 26 and 28, 2015 were caused by any design defect.  There is no coverage to the extent Brock is not legally liable for the scaffold design prepared by Scaffold Engineering, Inc.

Certified Document Number: 7303823 - Page 2 of 6

2

7.      Coverage is also precluded by Brock's violation of Claim Provision 4., pursuant to which the Insured must not make any payment, admit any liability, settle any Claims or assume any obligations without the prior written consent of the Company.

8.      Exclusion Z. precludes coverage for any Claim based upon Brock's failure to complete any construction in a timely manner or within a prescribed period of time, except Damages which did not arise out of a negligent act, error or omission in the rendering of Professional Services are not excluded.

9.      Exclusion BB. precludes coverage for any Claim based upon or arising out of the recommendation or implementation of construction means, methods, techniques, procedures or sequences.

10.      Exclusion DD. precludes coverage for any Claim based upon the management, supervision, scheduling, planning, coordination or performance of construction work performed by the Insured or by any other person or entity contracted by or with the Insured, including but not limited to, Claims for consequential damages, extended overhead and financing costs, disruption, acceleration, inefficiencies, suspension of work and any direct or special costs associated within any of the foregoing.

11.      Exclusion K. precludes coverage for any Claim arising out of the cost to repair or replace faulty workmanship, assembly, construction, erection, fabrication, installation or remediation if such work is performed by an Insured. Exclusion K. precludes coverage for the cost to repair or replace the scaffolding.

12.      Exclusion F. precludes coverage for any Claim arising out of the design or manufacture of the Named Insured's Products.

3

13.     There is no coverage for any amounts not falling within the Policy definitions of Loss, Damages, or Claim Expenses.

14.     With a few exceptions, the Policy is excess to all other insurance pursuant to the provisions of Endorsement No. 5.  When the Policy is excess, ASIC will pay only its share of the amount of Loss, if any, that exceeds the total amount of all such valid insurance, whether collectible or not.

### JURY DEMAND

15.     ASIC demands a trial by jury and tenders the jury fee with this filing.

### PRAYER

16.     Defendant, AIG Specialty Insurance Company, requests that the Court enter judgment that plaintiff take nothing against AIG, that plaintiff pay court costs, and that AIG have such other relief to which it may be justly entitled, at law or in equity.

Respectfully submitted,

**WRIGHT & CLOSE, LLP**

*/s/ Thomas C. Wright*
Thomas C. Wright
State Bar No. 22059400
Henry S. Platts, Jr.
State Bar No. 00784770
J. Andrew Love
State Bar No. 24007571
Elizabeth Rivers
State Bar No. 24052020
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: (713) 572-4321
Facsimile: (713) 572-4320
wright@wrightclose.com
platts@wrightclose.com
love@wrightclose.com
rivers@wrightclose.com
***Counsel for Defendant,***
***AIG Specialty Insurance Company***

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been served via e-service to all parties of record on this 9<u>th</u> day of December, 2016.

J. James Cooper                              ☒ Electronic Service
Reed Smith LLP                               ☐ Email
811 Main Street, Suite 1700                  ☐ Certified Mail
Houston, Texas 77002                         ☐ U.S Mail
jcooper@reedsmith.com                        ☐ Facsimile
    *Lead Attorney for Plaintiff,*   ☐ Hand Delivery
    *The Brock Group, Inc.*

Caitlin R. Garber                            ☒ Electronic Service
Reed Smith LLP                               ☐ Email
Three Logan Square                           ☐ Certified Mail
1717 Arch Street, Suite 3100                 ☐ U.S Mail
Philadelphia, PA 19103                       ☐ Facsimile
cgarber@reedsmith.com                        ☐ Hand Delivery
    *Of Counsel for Plaintiff,*
    *The Brock Group, Inc.*

                                     */s/ Thomas C. Wright*
                                     Thomas C. Wright



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 14, 2016

Certified Document Number:        73038232 Total Pages:  6

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

# Exhibit A-12

**Harris County Docket Sheet**

# 2016-76472

**COURT:**    080th
**FILED DATE:**   11/3/2016
**CASE TYPE:**   Insurance



**BROCK GROUP INC (THE)**

Attorney: COOPER, J. JAMES

**vs.**

**AIG SPECIALTY INSURANCE COMPANY**

Attorney: WRIGHT, THOMAS CLARK

| Docket Sheet Entries | |
|---|---|
| **Date** | **Comment** |

**HCDistrictclerk.com**          BROCK GROUP INC (THE) vs. AIG SPECIALTY          12/15/2016
                                 INSURANCE COMPANY
                                 Cause: 201676472        CDI: 7      Court: 080

**APPEALS**

No Appeals found.

**COST STATMENTS**

No Cost Statments found.

**TRANSFERS**

No Transfers found.

**POST TRIAL WRITS**

No Post Trial Writs found.

**ABSTRACTS**

No Abstracts found.

**SETTINGS**

No Settings found.

**NOTICES**

No Notices found.

**SUMMARY**

CASE DETAILS                                        COURT DETAILS

| | | | |
|---|---|---|---|
| **File Date** | 11/3/2016 | **Court** | 080th |
| **Case (Cause) Location** | Civil Intake 1st Floor | **Address** | 201 CAROLINE (Floor: 9) |
| **Case (Cause) Status** | Active - Civil | | HOUSTON, TX 77002 |
| **Case (Cause) Type** | Insurance | | Phone:7133686100 |
| **Next/Last Setting Date** | N/A | **JudgeName** | LARRY WEIMAN |
| **Jury Fee Paid Date** | 12/9/2016 | **Court Type** | Civil |

**ACTIVE PARTIES**

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| BROCK GROUP INC (THE) | PLAINTIFF - CIVIL | | COOPER, J. JAMES |
| AIG SPECIALTY INSURANCE COMPANY | DEFENDANT - CIVIL | | WRIGHT, THOMAS CLARK |
| PETRIN CORPORATION | DEFENDANT - CIVIL | | |
| ZACHRY CONSTRUCTION CORPORATION | DEFENDANT - CIVIL | | |
| AIG SPECIALTY INSURANCE COMPANY (AN ILLINOIS CORPORATION) BY SERVING | REGISTERED AGENT | | |
|    175 WATER STREET, NEW YORK, NY 10038 | | | |
| PETRIN CORPORATION (A FLORIDA CORPORATION) BY SERVING ITS REGISTERED | REGISTERED AGENT | | |
|    211 E 7TH STREET SUITE 620, AUSTIN, TX 78701 | | | |

ZACHRY CONSTRUCTION CORPORATION (A          REGISTERED AGENT
DELAWARE CORPORATION) BY SERVING

    1999 BRYAN STREET SUITE 900, DALLAS, TX 75201

ZACHRY INDUSTRIAL INC                        DEFENDANT - CIVIL

ZACHRY INDUSTRIAL INC (CORPORATION) BY       REGISTERED AGENT
SERVING ITS REGISTERED AGENT

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs /Page | Volume | Filing Attorney | Person Filing |
|------|-------------|--------------|-----------|-----------|--------|------------------|----------------|
| 12/9/2016 | ANSWER FIRST AMENDED ORIGINAL PETITION | | | 0 | | WRIGHT, THOMAS CLARK | AIG SPECIALTY INSURANCE COMPANY |
| 12/9/2016 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 12/9/2016 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 11/22/2016 | FIRST AMENDED ORIGINAL PETITION | | | 0 | | COOPER, J. JAMES | BROCK GROUP INC (THE) |
| 11/3/2016 | ORIGINAL PETITION | | | 0 | | COOPER, J. JAMES | BROCK GROUP INC (THE) |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|------|--------|------------|--------|-----------|--------|--------|----------|----------|----------|------------|
| CITATION (INSURANCE COMMISSION CORPORATE) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | AIG SPECIALTY INSURANCE COMPANY (AN ILLINOIS CORPORATION) BY SERVING | 11/3/2016 | 11/10/2016 | 11/16/2016 | | | 73309573 | CIV AGCY- CIVILIAN SERVICE AGENCY |
| | | | 175 WATER STREET NEW YORK NY 10038 | | | | | | | |
| CITATION CORPORATE | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | PETRIN CORPORATION (A FLORIDA CORPORATION) BY SERVING ITS REGISTERED | 11/3/2016 | 11/10/2016 | | | | 73309581 | CIV AGCY- CIVILIAN SERVICE AGENCY |
| | | | 211 E 7TH STREET SUITE 620 AUSTIN TX 78701 | | | | | | | |
| CITATION CORPORATE | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | ZACHRY CONSTRUCTION CORPORATION (A DELAWARE CORPORATION) BY SERVING | 11/3/2016 | 11/10/2016 | | | | 73309585 | CIV AGCY- CIVILIAN SERVICE AGENCY |
| | | | 1999 BRYAN STREET SUITE 900 DALLAS TX 75201 | | | | | | | |
| CITATION CORPORATE | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | ZACHRY CONSTRUCTION CORPORATION (A DELAWARE CORPORATION) BY SERVING | 11/4/2016 | 11/11/2016 | | | | 73310118 | CIV AGCY- CIVILIAN SERVICE AGENCY |
| | | | 1999 BRYAN STREET SUITE 900 DALLAS TX 75201 | | | | | | | |
| CITATION CORPORATE | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | PETRIN CORPORATION (A FLORIDA CORPORATION) BY SERVING ITS REGISTERED | 11/4/2016 | 11/11/2016 | | | | 73310119 | CIV AGCY- CIVILIAN SERVICE AGENCY |

211 E 7TH STREET SUITE 620 AUSTIN TX 78701

| CITATION (INSURANCE COMMISSION CORPORATE) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | AIG SPECIALTY INSURANCE COMPANY (AN ILLINOIS CORPORATION) BY SERVING | 11/4/2016 | 11/11/2016 | | 73310123 | CIV AGCY-CIVILIAN SERVICE AGENCY |

175 WATER STREET NEW YORK NY 10038

| CITATION CORPORATE | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | AMENDED ORIGINAL PETITION | ZACHRY INDUSTRIAL INC (CORPORATION) BY SERVING ITS REGISTERED AGENT | 11/22/2016 | 12/6/2016 | | 73317977 | CIV AGCY-CIVILIAN SERVICE AGENCY |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 73038232 | Def AIG's Original Answer to Plf's 1st Amended Petition | | 12/09/2016 | 6 |
| 73073305 | Civil Process Pick-Up Form | | 12/06/2016 | 1 |
| 72909606 | Affidavit of Service | | 11/30/2016 | 1 |
| 72910014 | Affidavit of Service | | 11/30/2016 | 1 |
| 72827958 | Plaintiff's First Amended Petition | | 11/22/2016 | 9 |
| 72839478 | Civil Process Request Form | | 11/22/2016 | 2 |
| 72893182 | Civil Process Pick-Up Form | | 11/11/2016 | 1 |
| 72696120 | Civil Process Pick-Up Form | | 11/10/2016 | 1 |
| 72611796 | Civil Process Request Form | | 11/04/2016 | 3 |
| 72597912 | Plaintiff's Original Petition | | 11/03/2016 | 9 |
| -> 72597913 | Civil Case Information Sheet | | 11/03/2016 | 2 |