United States District Court
Southern District of Texas

**ENTERED**
August 02, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

The Brock Group, Inc., §
§
        Plaintiff, §
§
versus §     Civil Action H-16-3665
§
AIG Specialty Insurance Company, et al., §
§
        Defendants. §

## Dismissal of AIG

1. Neither the Brock Group, Inc., nor AIG Specialty Insurance Company having moved for reinstatement, the claims between them are dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on August 2, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge