UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE BROCK GROUP, INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 4:16-cv-03665 |
| vs. | § § § | |
| AIG SPECIALTY INSURANCE COMPANY, PETRIN CORPORATION AND ZACHRY INDUSTRIAL, INC. | § § § § § | |
| Defendants. | § | |

## Notice of Settlement of Plaintiff's Claims Against Petrin Corporation

1. The Brock Group, Inc., and Petrin Corporation have reached a settlement.

2. The parties anticipate that the settlement will be finalized, and payment made, within 30 days.

REED SMITH LLP

Dated: August 16, 2017     By:    */s/ J. James Cooper*
J. James Cooper
Tx. Bar No. 04780010; Fed. Bar No. 2881
REED SMITH LLP
811 Main Street, Suite 1700
Houston, Texas 77002
Telephone: 713.469.3800
Facsimile: 713.469.3899
jcooper@reedsmith.com

*Attorney-in-Charge for Brock*

## Certificate of Service

I certify that on this date, the foregoing document was served by ECF on all counsel of record.

Dated: August 16, 2017               By:     /s/ J. James Cooper
                                             J. James Cooper