| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas

**ENTERED**
September 20, 2017
David J. Bradley, Clerk

| The Brock Group, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-16-3665 |
| | § | |
| AIG Specialty Insurance Company, et al., | § | |
| | § | |
| Defendants. | § | |

## Dismissal of Petrin

1. Having been advised that the Brock Group, Inc., and Petrin Corporation have reached a settlement, the claims between them are dismissed with prejudice. (49)

2. This court retains jurisdiction to enforce the settlement.

Signed on September 20, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge